An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT EARL JONES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61453

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction motion for a new trial.[1]  Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant filed a post-conviction motion for a new trial on May 24, 2012, almost fourteen years after the verdict in this case.  We conclude that the district court did not err in denying the motion as it was untimely filed.  See NRS 176.515.  Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-10406

cc: Hon. Michael Villani, District Judge
Robert Earl Jones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk